**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELSIE JAMES PALMER,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DAVE DAVEY, Warden,<br><br>　　　　Respondent. | ) Case No. CV 14-3246-BRO (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>) |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On December 5, 2014, Petitioner filed objections to the R&R. For the most part, Petitioner simply repeats arguments in his FAP and reply. One of his objections warrants a response, however.

　　Petitioner argues at length that the trial court violated <u>Bruton v. United States</u>, 391 U.S. 123 (1968), and the Confrontation Clause in admitting into evidence at trial a nontestifying codefendant's statement implicating Petitioner. (Objections at 2-4.) But the Magistrate Judge agreed with Petitioner and found that the California Court of Appeal was objectively unreasonable in concluding otherwise. (<u>See</u> R&R at 28-34.) Although Petitioner argues in relation to this claim – as well as his claim that the trial court should have severed the

trial of one of his codefendant's unrelated charges – that the evidence against him was weak and therefore he was prejudiced by the trial court's rulings, in fact it was quite strong, as the Magistrate Judge recounted in finding that the <u>Bruton</u> error did not have a substantial and injurious effect on the verdicts. (R&R at 34-35.)

    Having made a de novo determination of those portions of the R&R to which Petitioner objected, the Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that the First Amended Petition is denied, Petitioner's request for an evidentiary hearing is denied, and Judgment be entered dismissing this action with prejudice.

DATED: <u>December 30, 2014</u>

    BEVERLY REID O'CONNELL
    U.S. DISTRICT JUDGE

2