# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSIE JAMES PALMER,<br><br>　　　　Petitioner,<br><br>　　　vs.<br><br>DAVE DAVEY, Warden,<br><br>　　　　Respondent. | Case No. CV 14-3246-BRO (JPR)<br><br>**J U D G M E N T** |

   Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 30, 2014

BEVERLY REID O'CONNELL
U.S. DISTRICT JUDGE